■ FRANK N. MORGENSTERN et al., Appellants, v. WEBB & KNAPP, INC., Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ EMILY MARX, Appellant, v. AARON KATZ, Respondent.— Order entered on August 16, 1960, denying plaintiff's motion for summary judgment, and order entered on the 9th day of September, 1960, granting reargument, and, upon such reargument, adhering to the court's original decision, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ DAVID WARSHAVSKY et al., Respondents, v. WORTHINGTON EQUITY CORP. et al., Appellants, et al., Defendant.— Order entered on March 14, 1960, denying defendants' motion for summary judgment, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ. [25 Misc 2d 961.]

■ PENN-TEXAS CORPORATION, Respondent, v. MURAT ANSTALT et al., Defendants, and JACQUES SARLIE, Appellant.— Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ FRED I. ZABRISKIE, Respondent, v. HYMAN L. ZOLOTO, Appellant.— Order entered on March 23, 1960, denying defendant's motion, pursuant to subdivision 4 of rule 106 of the Rules of Civil Practice, to dismiss the amended complaint, as amended by the decision of the court, entered on April 5, 1960, granting defendant leave to set up the defense of the Statute of Frauds in his answer, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, McNally, Stevens and Eager, JJ.

■ ROBERTO CAMACHO, an Infant, by OFELIA IRIZARRY, His Guardian ad Litem, Appellant, v. CITY OF NEW YORK et al., Respondents. CITY OF NEW YORK, Third-Party Plaintiff, v. NEW YORK CITY HOUSING AUTHORITY, Third-Party Defendant.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Rabin, McNally, Stevens and Eager, JJ.

■ In the Matter of SIEGFRIED KONIG, Individually and as President of Magistrates Court Clerks Association, et al., Appellants, v. ABRAHAM M. BLOCH, as Chief City Magistrate of the Magistrates' Court of the City of New York, Respondent.— Order entered on September 30, 1959 as resettled by order entered on March 24, 1960, unanimously affirmed, on the law and on the facts, without costs. Intrinsically, the resettled order represents judicial acceptance and approval of the stipulation twice made in affidavits by the Chief Magistrate dated October 27, 1959 and later repeated in open court, that he would grant petitioners the benefits of the leave regulations promulgated by the Board of Estimate on June 15, 1956, without conceding "that they are entitled to any judicial pronouncement that their rights arise" from that source. Order entered on December 10, 1958, as dismisses the second cause of action in the petition, unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Rabin, McNally, Stevens and Eager, JJ.